UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOSE ANTONIO HEREDIA-CHANG, *et al.*, )<br>)<br>Defendants. )<br>) | Case No.  23-CR-20048-HLT |

**SECOND AMENDED FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through the undersigned and pursuant to Federal Rule of Criminal Procedure 32.2, gives notice to the defendants that the United States seeks forfeiture as set out below:

**FORFEITURE NOTICE**

1. The allegations contained in Counts 1 through 36 of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

**CONTROLLED SUBSTANCE FORFEITURE**

2. Upon conviction of one or more of the offenses identified in Counts 1 through 36 of this Second Superseding Indictment, the defendants,

**JOSE ANTONIO HEREDIA-CHANG (Counts 1, 3-4, 6, 8, 10, 13, 16-17, 19, 21, 25, 27),
NOEL RIOS-SALAZAR (Counts 1, 4, 6, 10, 13, 16-17, 29, 31)
JESUS VILLAVERDE (Counts 1 and 8),
JOSE CERVANTES-VALENZUELA (Counts 1 and 3),**

1

**MARTINA CARMONA (Counts 1, 5, 7),**
**JESSICA SOLANO (Counts 1, 35),**
**DAWN DEMOTTE (Counts 1, 14),**
**APRIL PARKS (Counts 1, 14),**
**JEREMY YOAKUM (Counts 1, 32),**
**GENELLE GLACKIN (Counts 1-2, 15, 18, 32),**
**TAMMY DOMNICK (Counts 1, 11, 26),**
**KELLY GRAY (Counts 1, 9, 12, 15, 28),**
**MARNIE LYNN (Counts 1, 20, 22, 32),**
**CHRISTOPHER MARTENS (Counts 1, 20, 22, 32),**
**ROBERT HICKS (Counts 1, 28),**
**CHAD HAVILAND (Count 33)**
**JOEL RODRIGUEZ (Counts 1, 26)**
**ROBERT RILEY (Counts 1, 22, 32)**
**SAMUEL VANALST (Counts 1, 36)**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense, and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses including, but not limited to, the following:

- A. a Taurus Model PT1911AR, .38 Super caliber pistol with Magazine, bearing serial number LBY42874;

- B. a Colt Model Mustang, .380 caliber pistol with magazine, bearing serial number MP16072 and six rounds of ammunition;

- C. a F.N. Herstal Model Five-seven, 57 caliber, pistol bearing serial number 386388881;

- D. a F.N. Herstal Model Five-seven, 57 caliber, pistol bearing serial number 386372657;

- E. a Colt Model 1911 JAL Dark Horse, .38 caliber, pistol bearing serial number GV041292;

- F. a PlumCrazy model AR15, .556 caliber rifle, bearing serial number Z00104;

G. approximately $8,100.00 as substitute res for 2019 Volkswagen Jetta, VIN: 3VW6T7BU0KM236946;

H. approximately $13,600.00 as substitute res for 2016 Cadillac Escalade, VIN: 1GYS4CKJ8GR407486;

I. approximately $13,800.00 as substitute res for 2001 Ford F150 SVT Lightning Truck, VIN: 2FTZF07381CA99389;

J. approximately $11,300.00 as substitute res for 2016 Dodge Charger SRT, VIN: 2C3CDXEJ1GH339758;

K. approximately $5,950.00 as substitute res for 2015 Infiniti Q50, VIN: JN1BV7AP1FM352247;

L. approximately $85,500.00 as substitute res for 2021 Ford F150 Shelby Truck, VIN: 1FTMF1E5XMKE77569;

M. approximately $12,000.00 as substitute res for 2020 Kia Stinger, VIN: KNAE15LA1L6083263;

N. approximately $18,900.00 as substitute res for 2016 Tesla Model X, VIN: 5YJXCBE42GF000347;

O. ammunition seized in connection with this investigation;

P. United States currency seized on August 8, 2023, including but not limited to $129,880.00 and $96,054.00; and

Q. A forfeiture money judgment imposed against each defendant in an amount that equals the amount of gross proceeds obtained or derived by that defendant.

3. Upon conviction of one or more of the offenses set forth in Counts 1 through 36 of this Second Superseding Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

A. a Taurus Model PT1911AR, .38 Super caliber pistol with Magazine, bearing serial number LBY42874;

3

B. a Colt Model Mustang, .380 caliber pistol with magazine, bearing serial number MP16072 and six rounds of ammunition;

C. a F.N. Herstal Model Five-seven, 57 caliber, pistol bearing serial number 386388881;

D. a F.N. Herstal Model Five-seven, 57 caliber, pistol bearing serial number 386372657;

E. a Colt Model 1911 JAL Dark Horse, .38 caliber, pistol bearing serial number GV041292;

F. a PlumCrazy model AR15, .556 caliber rifle, bearing serial number Z00104; and

G. ammunition seized in connection with this investigation.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

By: /s/ Faiza H. Alhambra
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6904
Fax: (913) 551-6541
Email: Faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525